UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,　　　　　　　　　　No. 2:11-cv-02911-MCE-DAD

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　ORDER CONTINUING TRIAL

FELIPE CINEROS,

　　　　Defendant.
_____/

　　YOU ARE HEREBY NOTIFIED the November 4, 2013 jury trial is vacated and continued to **April 7, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **January 23, 2014.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

　　Accordingly, the September 5, 2013 Final Pretrial Conference is vacated and continued to **February 6, 2014,** at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **January 16, 2014** and shall comply with the procedures outlined in the Court's February 29, 2012 Pretrial Scheduling Order.

///

1

1 The personal appearances of the trial attorneys or person(s) in
2 pro se is mandatory for the Final Pretrial Conference.
3 Telephonic appearances for this hearing are not permitted.
4       Any evidentiary or procedural motions are to be filed by
5 **January 16, 2014.**  Oppositions must be filed by **January 23, 2014**
6 and any reply must be filed by **January 30, 2014.**   The motions
7 will be heard by the Court at the same time as the Final Pretrial
8 Conference.
9       All other due dates set forth in the Court's Pretrial
10 Scheduling Order are confirmed.
11       IT IS SO ORDERED.

 Dated: November 7, 2012

  _____
  MORRISON C. ENGLAND, JR.
  UNITED STATES DISTRICT JUDGE