```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>          Plaintiff;<br><br>     vs.<br><br>FELIPE CINEROS,<br><br>          Defendant | Case No. **2:11-cv-02911-MCE-DAD**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal Without Prejudice, ECF No. 12, and Fed. R. Civ. P. Rule 41(a)(1), the above-entitled action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated:  March 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT